# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

DANIEL SCOTT,

    Plaintiff,

vs.

CITY OF HENDERSON, et al.,

    Defendants.

Case No. 2:09-CV-02005-RLH-(PAL)

**ORDER**

    The court dismissed the complaint with leave to amend because plaintiff had not stated a claim upon which relief could be granted. Plaintiff has not submitted an amended complaint within the allotted time.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** for failure to state a claim upon which relief can be granted. The clerk of the court shall enter judgment accordingly.

    DATED: August 4, 2010.

_____
ROGER L. HUNT
Chief United States District Judge